UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE

SANDEEP VINAYAK

DEBTOR

CHAPTER 11

CASE NO. 1-22-40641-jmm

JUDGE: Jil Mazer-Marino

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Wells Fargo Bank, N.A., a creditor and a party in interest, pertaining to property located at 84-23 256th Street, Floral Park, NY 11001, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: April 5, 2022

Respectfully Submitted,

 /s/ Michael J. Chatwin
Michael J. Chatwin
LOGS Legal Group LLP
Attorneys for Wells Fargo Bank, N.A.
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 5, 2022, a copy of Notice of Appearance was caused to be deposited in an enclosed, properly addressed post-paid envelope, and served by ordinary U.S. Mail, postage prepaid, and/or electronically upon the following:

Debtor
Sandeep Vinayak
84-23 256th Street
Floral Park, NY 11001

Attorney for Debtor
Karamvir Dahiya, Dahiya Law Offices, LLC
karam@bankruptcypundit.com

Chapter 11 Trustee
Salvatore LaMonica, Esq.
3305 Jerusalem Ave., Suite 201
Wantagh, NY 11793

|  |  |
|---|---|
| Dated: April 5, 2022 | /s/ Michael J. Chatwin |
|  | Michael J. Chatwin |
|  | LOGS Legal Group LLP |
|  | 175 Mile Crossing Boulevard |
|  | Rochester, New York 14624 |
|  | Telephone: (585) 247-9000 |
|  | Fax: (585) 247-7380 |
|  | Email: logsecf@logs.com |