**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X          Case No.: 22-40641-JMM
In re:

Sandeep Vinayak
                        Debtor.                                       Chapter 11 (Subchapter V)

-----------------------------------------------------------X

### ORDER AUTHORIZING NOTICE OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION AND OF THE HEARING ON CONFIRMATION OF THE AMENDED PLAN

Upon the ~~Application ("Application")~~ **request** of Sandeep Vinayak, the above-captioned debtor and debtor-in-possession (the "Debtor"), by his attorney, Karamvir Dahiya, Esq., for entry of an order **scheduling a hearing on** ~~authorizing notice of~~ Debtor's ~~Third~~ **Second (JMM)** Amended Plan of Reorganization and **fixing deadlines for voting, objections, and election pursuant to section 1111(b) of the Bankruptcy Code;** ~~a hearing on confirmation of the Plan;~~ **(JMM)** and the Debtor having filed a **Second** Amended Plan of Reorganization pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on November 2, 2022  [ECF No. 55] (the "Amended Plan"); ~~and good cause being had; and it appearing that the requested relief is in the best interest of the Debtor and his estate;~~ **(JMM)** it is hereby

**ORDERED, that a hearing on plan confirmation shall be held on November 30, 2022 at 10:00 a.m. at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201 (the "Confirmation Hearing"); and it is further** (JMM)

**ORDERED, that the Confirmation Hearing shall not be held in person but shall be held telephonically or by video.  Those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing.  The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing.  Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126.  If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further** (JMM)

~~ORDERED, that a telephonic hearing on confirmation and on any written objections to confirmation of the Amended Plan shall be held on **November 30, 2022** at 10:30 a.m. (the "Telephonic Confirmation Hearing"); and it is further~~
~~ORDERED, that the dial-in instructions for the Telephonic Confirmation Hearing are as follows:~~

~~1. Dial in Number: _____~~

~~2. Access Code: _____~~

~~3. Announce who you are each time before speaking~~

~~4. Avoid the use of a speaker phone~~

~~5. All persons not speaking should mute their phones~~

~~6. Speak up and enunciate so that you can be heard and understood~~

~~**Please note that you should call in for the time in which your hearing is scheduled so that you avoid missing the call of your case. Additionally, depending on where your case is on the calendar, you may have to wait for a time with your phone on mute until your case is called; and it is further**~~ **(JMM)**

ORDERED, that, by no later than November 7, 2022 the Debtor shall mail the Amended Plan, a ballot conforming to Official Form B314, and a copy of this Order to (i) all creditors, (ii) all entities that have filed a Notice of Appearance, (iii) the Subchapter V Trustee, and (iv) the United States Trustee; and it is further

ORDERED, that to be counted as a vote to accept or reject the Amended Plan, ~~all~~ **a** ballot must be properly executed, completed and delivered to Karamvir Dahiya, Esq., 75 Maiden Lane Suite 606 New York New York 10038 either by (a) regular mail, (b) overnight courier, (c) personal delivery or (d) email to karam@dahiya.law so **as to be** ~~that, in each case, all Ballots are~~ **(JMM)** received by no later than November 25, 2022; and it is further

ORDERED, that any responses or objections to confirmation of the Amended Plan must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be **both** filed **with the Clerk of this Court (instructions for electronic filing can be found at https://www.nyeb.uscourts.gov/electronic-case-filing-and-pacer)** and served **on the following parties by** ~~in order that they be received in hand by~~ **(JMM)** no later than 5:00 p.m., Eastern Time, on November 25, 2022: ~~by~~ (i) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Brooklyn Office; (ii) Karamvir Dahiya, Esq., 75 Maiden Lane Suite 606 New York New York 10038; **and**

(iii) the Subchapter V Trustee, Salvatore LaMonica, Esq., 3305 Jerusalem Avenue, Wantagh, NY 11793; **and it is further** ~~and (iv) a chambers copy shall be emailed to the Honorable Jill Mazer-Marino, United States Bankruptcy Judge, at _____.~~ **(JMM)**

**ORDERED, that any holder of a secured claim electing treatment of its claim as secured to the extent it is allowed under section 1111(b)(2) of the Bankruptcy Code must file a notice of the election on the docket of this case by 5:00 p.m on November 25, 2022; and it is further (JMM)**

**ORDERED, that Debtor's counsel shall file proof of service of this Order and the Amended Plan, a ballot tally, an affidavit or memorandum of law in support of plan confirmation, and reply to objections or brief in support of confirmation by 5:00 p.m on November 28, 2022. (JMM)**

Dated: November 3, 2022
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge