UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:  Chapter 11 (Subchapter V)

    Sandeep Vinayak,  Case No. 22-40641 (JMM)
              Debtor.
---------------------------------------------------------X

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF **FIRST AND** (JMM) FINAL COMPENATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES

Upon consideration of the Application of Dahiya Law Offices, LLC for Allowance of **First and (JMM)** Final Compensation (the "Application") [ECF No. 80] for professional services rendered during the period commencing March 29, 2022, and ending July 15, 2023; and a Zoom hearing having been held before this Court to consider the Application on December 13, 2023, at which Karamvir Dahiya (Counsel to Debtor), Sandeep Vinayak (Debtor), Nazaar Khodorovsky (the Office of the United States Trustee) appeared; and upon services of the Application on all parties; and notice having been proper, and no objection having been received, and the Office of the United States Trustee having ~~supported~~ **not objected to (JMM)** the Application; and sufficient cause appearing therefore, it is hereby

~~**ORDERED,** that the Application is approved in all aspects; and its~~ **(JMM)**

**ORDERED,** pursuant to 11 U.S.C. § ~~331~~ **330 (JMM)**, the Application of Dahiya Law Offices LLC is granted **to the extent set forth herein (JMM)**; and it is further

**ORDERED,** that the final compensation is awarded in the amount of $43,020.00.

**ORDERED,** that the Court may retain jurisdiction to hear and determine all matters arising from this Order.

Dated: December 27, 2023
       Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge